IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMASVILLE LUMBER COMPANY, INC., | * |
| | * |
|     Plaintiff, | |
| | *   Civil Action No. 1:25-cv-00229 |
| v. | |
| | * |
| ACCELERANT SPECIALTY INSURANCE COMPANY, et al., | * |
| | |
|     Defendants. | * |

DEFENDANT ACCELERANT SPECIALTY INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL L.R. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1, Defendant Accelerant Specialty Insurance Company (**"Accelerant"**) makes the following disclosure(s).

    1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, either (i) identify any parent corporation and any publicly held corporation owning 10% or more of its stock or (ii) state there is no such corporation:

**Accelerant's parent company is Accelerant US Holdings, LLC. No publicly traded company owns 10% or more of Accelerant's stock.**

    2.    If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the names and citizenships of all members or partners of that entity. See, e.g., Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004).]

**Accelerant is a corporation incorporated in Arkansas and having its principal place of business in Sandy Springs, Georgia. No other individual's or entity's citizenship is attributed to Accelerant.**

3. To the extent not otherwise disclosed above, if the filer is a nongovernmental artificial entity appearing as a party or an amicus curiae, identify all parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the S.D. Ala. Civil L.R. 7.1:

**Accelerant's parent company is Accelerant US Holdings, LLC. Accelerant's wholly owned subsidiary is Accelerant National Insurance Company. The names of other entities within no. 3 are not currently known to undersigned counsel.**

                                              *s/ William E. Shreve, Jr.*
                                              A. GRADY "BO" WILLIAMS IV
                                              WILLIAM E. SHREVE, JR.
                                              Attorneys for Defendants Accelerant Specialty Insurance Company, North American Risk Services, Inc., and Todd Mahnke

OF COUNSEL:

PHELPS DUNBAR, LLP
P.O. Box 2727
Mobile, AL  36652
(251) 432-4481
bo.williams@phelps.com
william.shreve@phelps.com

CERTIFCATE OF SERVICE

      I do hereby certify that on this 9th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Rebecca D. Gilliland
BEASLEY, ALLEN, CROW,METHYIN,
PORTIS & MILES
301 St. Louis St.
Mobile, Alabama 36602
(251) 308-1515
Rebecca.Gilliland@BeasleyAllen.com

W. Daniel "Dee" Miles, III
Lauren E. Miles
Paul W. Evans
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES
272 Commerce Street
Montgomery, Alabama 36104
(334) 269-2343
Dee.Miles@BeasleyAllen.com
Lauren.Miles@beasleyallen.com
Paul.Evans@beasleyallen.com

Thomas P. Willingham
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES
Overlook II
2839 Paces Ferry Road SE #400
Atlanta, Georgia 30339
Tom.Willingham@BeasleyAllen.com

Allan S. Jones
Sarah Cross Ryan
CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, AL  36526
(251) 626-9340
asjones@carrallison.com
sryan@carrallison.com

                                          /s/ *William E. Shreve, Jr.*_____
                                          WILLIAM E. SHREVE, JR.

PD.49752189.1